IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBICIO GUTIERREZ, | CASE NO. CV F 09-163 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** |
| vs. | |
| OCWEN LOAN SERVICING, LLC and AZTEC FORECLOSURE CORP., | |
| Defendants. / | |

Plaintiff Urbicio Gutierrez ("Mr. Gutierrez") initiated this action against defendants Ocwen Loan Servicing, LLC ("Ocwen") and Aztec Foreclosure Corp. on September 28, 2008 in the State of California, County of Fresno Superior Court. Ocwen removed this action on January 26, 2009, and moved to dismiss the next day. This Court granted in part and denied in part Ocwen's motion to dismiss and ordered Mr. Gutierrez to file an amended complaint no later than February 27, 2009. The Court further ordered: "If the first amended complaint is either filed untimely or lacks a cognizable claim and/or sufficient facts for requested relief, this Court will dismiss this action without prejudice on March 3, 2009." February 20, 2009 Order (Doc. 9) at 6. Mr. Gutierrez failed to file an amended complaint. Accordingly, this Court:

1. DISMISSES without prejudice this action; and
2. DIRECTS the clerk of court to close this action.

IT IS SO ORDERED.

Dated:  March 3, 2009                  /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE